**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

MICHAEL WAYNE CORN,

      Petitioner,

vs.                            Case No. 3:08cv199/MCR/EMT

WALTER A. McNEIL,

      Respondent.

_____/

**O R D E R**

      This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated November 24, 2010.  (Doc. 46).  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a <u>de novo</u> determination of any timely filed objections.

      Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

      Accordingly, it is now **ORDERED** as follows:

      1.      The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

      2.      The amended petition for writ of habeas corpus (doc. 7) is **DENIED**.

      3.      A certificate of appealability is **DENIED**.

      **DONE AND ORDERED** this 10th day of February, 2011.


                   s/ *M. Casey Rodgers*
                   **M. CASEY RODGERS**
                   **UNITED STATES DISTRICT JUDGE**